UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KYKO GLOBAL, INC., and KYKO GLOBAL GMBH,

    Plaintiff,

v.

MADHAVI VUPPALAPATI, *et al.*,

    Defendants,

v.

WELLS FARGO BANK,

    Garnishee.

Case No. MC13-0146RSL

ORDER VACATING WRIT OF GARNISHMENT

This matter comes before the Court on a letter from the garnishee, Wells Fargo Bank, requesting information regarding the status of this matter. Dkt. # 7. The case was administratively closed in January 2016 for lack of prosecution. The Writ of Garnishment issued on September 26, 2013, is hereby VACATED. The garnishee may release the garnished funds to the defendant/judgment debtor, Madhavi Vuppalapati

Dated this 21st day of September, 2017.

                  /s/ Robert S. Lasnik
                  Robert S. Lasnik
                  United States District Judge

ORDER VACATING WRIT OF GARNISHMENT